# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARVELLE JAMES BOWERS, | |
| Plaintiff, | Case No. 1:17-cv-02197 |
| v. | Honorable Judge Matthew F. Kennelly |
| VERDE ENERGY USA, INC. d/b/a VERDE ENERGY USA ILLINOIS, LLC | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, MARVELLE JAMES BOWERS, by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, VERDE ENERGY USA, INC. d/b/a VERDE ENERGY USA ILLINOIS, LLC ., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 18, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com